**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SORIA,<br><br>        Petitioner,<br><br>    vs.<br><br>JAMES A. YATES, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 08-00703 R (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 25, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE