O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO SORIA,                          )          CASE NO. ED CV 08-00703 R (RZ)
                                         )
                    Petitioner,          )
                                         )          JUDGMENT
          vs.                            )
                                         )
JAMES A. YATES, WARDEN,                  )
                                         )
                    Respondent.          )
_____)

          This matter came before the Court on the Petition of FERNANDO SORIA,

for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and

having accepted the findings and recommendation of the United States Magistrate Judge,

          IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed (a) with prejudice as to Claims 1 and 4 but (b) without prejudice as to Claims

2 and 3.


DATED: August 28, 2009


                                         _____
                                                     MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE